## IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**   Martin, Shelia L | Case Number:  07 B 20940 |
| | Judge:  Squires, John H |
| Printed:  5/20/08 | Filed:  11/8/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Dismissed: April 9, 2008
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 2,013.45 | |
| Secured: | | 864.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,028.62 |
| Trustee Fee: | | 120.83 |
| Other Funds: | | 0.00 |
| Totals: | 2,013.45 | 2,013.45 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,434.00 | 1,028.62 |
| 2. | Option One Mortgage Corp | Secured | 0.00 | 0.00 |
| 3. | Saxon Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 4. | TWG Funding XVII LLC | Secured | 0.00 | 0.00 |
| 5. | CitiFinancial Auto Credit Inc | Secured | 0.00 | 0.00 |
| 6. | City Of Chicago | Secured | 1,500.00 | 0.00 |
| 7. | City Of Chicago | Secured | 900.00 | 0.00 |
| 8. | Wells Fargo Financial Illinois Inc | Secured | 34,789.00 | 600.00 |
| 9. | Great American Finance Company | Secured | 3,000.00 | 264.00 |
| 10. | Option One Mortgage Corp | Secured | 32,725.00 | 0.00 |
| 11. | TWG Funding XVII LLC | Secured | 9,500.00 | 0.00 |
| 12. | Saxon Mortgage Services Inc | Secured | 5,000.00 | 0.00 |
| 13. | Internal Revenue Service | Priority | 2,313.28 | 0.00 |
| 14. | RMI/MCSI | Unsecured | 100.00 | 0.00 |
| 15. | Great American Finance Company | Unsecured | 358.85 | 0.00 |
| 16. | RoundUp Funding LLC | Unsecured | 218.52 | 0.00 |
| 17. | City Of Chicago Dept Of Revenue | Unsecured | 1,958.75 | 0.00 |
| 18. | Wells Fargo Financial Illinois Inc | Unsecured | 1,495.61 | 0.00 |
| 19. | AFNI | Unsecured | | No Claim Filed |
| 20. | Capital One | Unsecured | | No Claim Filed |
| 21. | Capital One | Unsecured | | No Claim Filed |
| 22. | Capital One | Unsecured | | No Claim Filed |
| 23. | JC Penney Corporation Inc | Unsecured | | No Claim Filed |
| 24. | Professional Account Management | Unsecured | | No Claim Filed |
| 25. | Portfolio Recovery Associates | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Martin, Shelia L

Printed:  5/20/08

Case Number:  07 B 20940
Judge:  Squires, John H
Filed:  11/8/07

| | | |
|---|---|---|
| 26.  Nicor Gas | Unsecured | No Claim Filed |
| | $ 97,293.01 | $ 1,892.62 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 49.32 |
| 6.5% | 71.51 |
| | $ 120.83 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: